**O**

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  WILLIAM DOMINICK; and                 Case No. 2:12-cv-04782-ODW(CWx)
    WESTWOOD RARE COIN GALLERY,
12  INC.,                                 **ORDER GRANTING
                                          DEFENDANT'S MOTION TO
13                    Plaintiffs,         DISMISS [14]**

14           v.

15  COLLECTORS UNIVERSE, INC.;
    CERTIFIED ASSET EXCHANGE INC.;
16  aka CERTIFIED COIN EXCHANGE;
    DAVID HALL; CASSI EAST; MICHAEL
    BRANDOW; and DOES 1–10, inclusive,
17
                     Defendants.
18

19         On July 19, 2012, Defendants moved to dismiss Plaintiffs' Complaint with a

20  hearing set for August 20, 2012.  (ECF No. 14.)  Plaintiffs' opposition was due no

21  later than July 30, 2012.  *See* L.R. 7-9.  In lieu of filing an opposition, Plaintiffs filed a

22  Notice of Intent to File an Amended Complaint no later than August 9, 2012—the last

23  date by which Plaintiffs could file an amended complaint as a matter of course under

24  Federal Rule of Civil Procedure 15(a)(1)(B).

25         August 9 has now come and gone, and the Court is in receipt of neither an

26  opposition nor an amended complaint.  Defendants' motion to dismiss therefore

27  stands unopposed, and a party's failure to oppose a motion may be deemed consent to

28  granting the motion.  L.R. 7-12.  The Court therefore **GRANTS** Defendants' motion

for the reasons advanced in Defendants' moving papers.  The August 20, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

Plaintiffs may file an amended complaint no later than **August 17, 2012**; failure to do so will result in dismissal of this action with prejudice.  Also, failure to address a pleading deficiency raised by Defendants' moving papers may result in dismissal of one or more claims with prejudice.

**IT IS SO ORDERED.**

August 10, 2012

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**