O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOMINICK; and WESTWOOD RARE COIN GALLERY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLLECTORS UNIVERSE, INC.; CERTIFIED ASSET EXCHANGE INC.; aka CERTIFIED COIN EXCHANGE; DAVID HALL; CASSI EAST; MICHAEL BRANDOW; and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:12-cv-04782-ODW(CWx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [14]** |

On July 19, 2012, Defendants moved to dismiss Plaintiffs' Complaint with a hearing set for August 20, 2012. (ECF No. 14.) Plaintiffs' opposition was due no later than July 30, 2012. *See* L.R. 7-9. In lieu of filing an opposition, Plaintiffs filed a Notice of Intent to File an Amended Complaint no later than August 9, 2012—the last date by which Plaintiffs could file an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B).

August 9 has now come and gone, and the Court is in receipt of neither an opposition nor an amended complaint. Defendants' motion to dismiss therefore stands unopposed, and a party's failure to oppose a motion may be deemed consent to granting the motion. L.R. 7-12. The Court therefore **GRANTS** Defendants' motion

for the reasons advanced in Defendants' moving papers.  The August 20, 2012 hearing on this matter is **VACATED**, and no appearances are necessary.

Plaintiffs may file an amended complaint no later than **August 17, 2012**; failure to do so will result in dismissal of this action with prejudice.  Also, failure to address a pleading deficiency raised by Defendants' moving papers may result in dismissal of one or more claims with prejudice.

**IT IS SO ORDERED.**

August 10, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**