O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM DOMINICK; and WESTWOOD RARE COIN GALLERY, INC., | Case No. 2:12-cv-04782-ODW(CWx) |
|---|---|
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [20]** |
| v. | |
| COLLECTORS UNIVERSE, INC.; CERTIFIED ASSET EXCHANGE INC.; aka CERTIFIED COIN EXCHANGE; DAVID HALL; CASSI EAST; MICHAEL BRANDOW; and DOES 1–10, inclusive, | |
| Defendants. | |

The Court has received Plaintiffs' First Amended Complaint, which was properly filed as a matter of course on August 9, 2012. (ECF No. 27); *see* Fed. R. Civ. P. 15(a)(1)(B). The Court's August 10, 2012 Order granting Defendants' motion to dismiss is hereby **VACATED**. In light of Plaintiffs' First Amended Complaint, the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Court **DENIES** Defendants' motion to dismiss [20] **AS MOOT**.  The August 20, 2012 hearing on this matter remains **VACATED**, and no appearances are necessary.

**IT IS SO ORDERED.**

August 13, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**