O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOMINICK; and WESTWOOD RARE COIN GALLERY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COLLECTORS UNIVERSE, INC.; CERTIFIED ASSET EXCHANGE INC.; aka CERTIFIED COIN EXCHANGE; DAVID HALL; CASSI EAST; MICHAEL BRANDOW; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:12-cv-04782-ODW(CWx)<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [20]** |

The Court has received Plaintiffs' First Amended Complaint, which was properly filed as a matter of course on August 9, 2012.  (ECF No. 27); *see* Fed. R. Civ. P. 15(a)(1)(B).  The Court's August 10, 2012 Order granting Defendants' motion to dismiss is hereby **VACATED**.  In light of Plaintiffs' First Amended Complaint, the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Court **DENIES** Defendants' motion to dismiss [20] **AS MOOT**. The August 20, 2012 hearing on this matter remains **VACATED**, and no appearances are necessary.

**IT IS SO ORDERED.**

August 13, 2012

_____
**HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**